IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENNIS MILES WARD                                                                                           PLAINTIFF

v.                                           3:06CV00085 JLH/HDY

SCOTT ADAMS, *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE